Exhibit 1

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-375-198

**Effective Date of Registration:**
October 13, 2023
**Registration Decision Date:**
December 14, 2023

---

### Title

Title of Work: HaPPY DaVe

### Completion/Publication

Year of Completion: 2013
Date of 1st Publication: August 05, 2013
Nation of 1ˢᵗ Publication: United Kingdom

### Author

• Author: Shirley MacArthur
Author Created: 2-D artwork
Citizen of: United Kingdom

### Copyright Claimant

Copyright Claimant: Shirley MacArthur
37 Kirkbrae, Galashiels, TD1 1NQ, United Kingdom

### Rights and Permissions

Name: Shirley MacArthur
Email: smacarthurpaintings@yahoo.com
Address: 37 Kirkbrae
Borders
Galashiels TD1 1NQ United Kingdom

### Certification

Name: David Denholm
Date: October 13, 2023

Page 1 of 2



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-376-191

**Effective Date of Registration:**
October 23, 2023
**Registration Decision Date:**
December 21, 2023

### Title

Title of Work: Wiser

### Completion/Publication

Year of Completion: 2011
Date of 1st Publication: March 11, 2011
Nation of 1st Publication: United Kingdom

### Author

• Author: Shirley MacArthur
Author Created: 2-D artwork
Citizen of: United Kingdom

### Copyright Claimant

Copyright Claimant: Shirley MacArthur
37 Kirkbrae, Borders, Galashiels, TD1 1NQ, United Kingdom

### Rights and Permissions

Name: Shirley MacArthur
Email: smacarthurpaintings@yahoo.com
Address: 37 Kirkbrae
Borders
Galashiels TD1 1NQ United Kingdom

### Certification

Name: David Denholm
Date: October 23, 2023

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-376-054

**Effective Date of Registration:**
October 23, 2023
**Registration Decision Date:**
December 21, 2023

---

## Title

Title of Work: THe NoSeY FaMiLY 1

## Completion/Publication

Year of Completion: 2018
Date of 1st Publication: September 30, 2018
Nation of 1st Publication: United Kingdom

## Author

- Author: Shirley MacArthur
  Author Created: 2-D artwork
  Citizen of: United Kingdom

## Copyright Claimant

Copyright Claimant: Shirley MacArthur
37 Kirkbrae, Borders, Galashiels, TD1 1NQ, United Kingdom

## Rights and Permissions

Name: Shirley MacArthur
Email: smacarthurpaintings@yahoo.com
Address: 37 Kirkbrae
Borders
Galashiels TD1 1NQ United Kingdom

## Certification

Name: David Denholm
Date: October 23, 2023



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-376-075

**Effective Date of Registration:**
October 23, 2023
**Registration Decision Date:**
December 21, 2023

---

## Title
          **Title of Work:** CORNFLaKe

## Completion/Publication
      **Year of Completion:** 2016
      **Date of 1st Publication:** July 25, 2016
  **Nation of 1st Publication:** United Kingdom

## Author
         •   **Author:** Shirley MacArthur
      **Author Created:** 2-D artwork
        **Citizen of:** United Kingdom

## Copyright Claimant
    **Copyright Claimant:** Shirley MacArthur
      37 Kirkbrae, Borders, Galashiels, TD1 1NQ, United Kingdom

## Rights and Permissions
          **Name:** Shirley MacArthur
          **Email:** smacarthurpaintings@yahoo.com
       **Address:** 37 Kirkbrae
      Borders
      Galashiels TD1 1NQ United Kingdom

## Certification
          **Name:** David Denholm
          **Date:** October 23, 2023



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-375-202**

**Effective Date of Registration:**
October 13, 2023
**Registration Decision Date:**
December 15, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | WHo LeFT THe GaTe OPeN? |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | March 18, 2021 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| **Author:** | Shirley MacArthur |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Shirley MacArthur |
| | 37 Kirkbrae, Galashiels, TD1 1NQ, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Shirley MacArthur |
| **Email:** | smacarthurpaintings@yahoo.com |
| **Address:** | 37 Kirkbrae |
| | Borders |
| | Galashiels TD1 1NQ United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | October 13, 2023 |

Page 1 of 2



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-376-053**

**Effective Date of Registration:**
October 23, 2023
**Registration Decision Date:**
December 21, 2023

---

### Title

Title of Work: HuRLeY BuRLeY

### Completion/Publication

Year of Completion: 2014
Date of 1st Publication: December 22, 2014
Nation of 1ˢᵗ Publication: United Kingdom

### Author

- Author: Shirley MacArthur
Author Created: 2-D artwork
Citizen of: United Kingdom

### Copyright Claimant

Copyright Claimant: Shirley MacArthur
37 Kirkbrae, Borders, Galashiels, TD1 1NQ, United Kingdom

### Rights and Permissions

Name: Shirley MacArthur
Email: smacarthurpaintings@yahoo.com
Address: 37 Kirkbrae
Borders
Galashiels TD1 1NQ United Kingdom

### Certification

Name: David Denholm
Date: October 23, 2023



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-376-076

**Effective Date of Registration:**
October 23, 2023
**Registration Decision Date:**
December 21, 2023

---

### Title

Title of Work: HeY! HoW'S iT GoiN'?

### Completion/Publication

Year of Completion: 2011
Date of 1st Publication: June 25, 2011
Nation of 1ˢᵗ Publication: United Kingdom

### Author

●    Author: Shirley MacArthur
Author Created: 2-D artwork
Citizen of: United Kingdom

### Copyright Claimant

Copyright Claimant: Shirley MacArthur
37 Kirkbrae, Borders, Galashiels, TD1 1NQ, United Kingdom

### Rights and Permissions

Name: Shirley MacArthur
Email: smacarthurpaintings@yahoo.com
Address: 37 Kirkbrae
Borders
Galashiels TD1 1NQ United Kingdom

### Certification

Name: David Denholm
Date: October 23, 2023

Page 1 of 2



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-376-050

**Effective Date of Registration:**
October 23, 2023
**Registration Decision Date:**
December 21, 2023

---

### Title

Title of Work: SuGaR LuMP

### Completion/Publication

Year of Completion: 2018
Date of 1st Publication: October 03, 2018
Nation of 1st Publication: United Kingdom

### Author

• Author: Shirley MacArthur
Author Created: 2-D artwork
Citizen of: United Kingdom

### Copyright Claimant

Copyright Claimant: Shirley MacArthur
37 Kirkbrae, Borders, Galashiels, TD1 1NQ, United Kingdom

### Rights and Permissions

Name: Shirley MacArthur
Email: smacarthurpaintings@yahoo.com
Address: 37 Kirkbrae
Borders
Galashiels TD1 1NQ United Kingdom

### Certification

Name: David Denholm
Date: October 23, 2023

Page 1 of 2



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-376-052

**Effective Date of Registration:**
October 23, 2023
**Registration Decision Date:**
December 21, 2023

---

### Title

Title of Work:  THe HaiRY BuNCH oF CooS

### Completion/Publication

Year of Completion:  2018
Date of 1st Publication:  February 26, 2018
Nation of 1st Publication:  United Kingdom

### Author

- Author:  Shirley MacArthur
  Author Created:  2-D artwork
  Citizen of:  United Kingdom

### Copyright Claimant

Copyright Claimant:  Shirley MacArthur
37 Kirkbrae, Borders, Galashiels, TD1 1NQ, United Kingdom

### Rights and Permissions

Name:  Shirley MacArthur
Email:  smacarthurpaintings@yahoo.com
Address:  37 Kirkbrae
Borders
Galashiels TD1 1NQ United Kingdom

### Certification

Name:  David Denholm
Date:  October 23, 2023

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-377-054

**Effective Date of Registration:**
October 23, 2023
**Registration Decision Date:**
January 03, 2024

---

## Title

**Title of Work:** CHaRMeR

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** March 01, 2014
**Nation of 1ˢᵗ Publication:** United Kingdom

## Author

● **Author:** Shirley MacArthur
**Author Created:** 2-D artwork
**Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Shirley MacArthur
37 Kirkbrae, Borders, Galashiels, TD1 1NQ, United Kingdom

## Rights and Permissions

**Name:** Shirley MacArthur
**Email:** smacarthurpaintings@yahoo.com
**Address:** 37 Kirkbrae
Borders
Galashiels TD1 1NQ United Kingdom

## Certification

**Name:** David Denholm
**Date:** October 23, 2023

Page 1 of 2



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-376-085**

**Effective Date of Registration:**
October 23, 2023
**Registration Decision Date:**
December 21, 2023

---

## Title

Title of Work:    THe NoSeY FaMiLY 2

## Completion/Publication

Year of Completion:    2019
Date of 1st Publication:    November 15, 2019
Nation of 1st Publication:    United Kingdom

## Author

•         Author:    Shirley MacArthur
Author Created:    2-D artwork
Citizen of:    United Kingdom

## Copyright Claimant

Copyright Claimant:    Shirley MacArthur
37 Kirkbrae, Borders, Galashiels, TD1 1NQ, United Kingdom

## Rights and Permissions

Name:    Shirley MacArthur
Email:    smacarthurpaintings@yahoo.com
Address:    37 Kirkbrae
Borders
Galashiels TD1 1NQ United Kingdom

## Certification

Name:    David Denholm
Date:    October 23, 2023

Page 1 of 2





## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-376-051

**Effective Date of Registration:**
October 23, 2023
**Registration Decision Date:**
December 21, 2023

---

### Title

Title of Work: CoooWeee

### Completion/Publication

Year of Completion: 2018
Date of 1st Publication: August 11, 2018
Nation of 1ˢᵗ Publication: United Kingdom

### Author

- Author: Shirley MacArthur
- Author Created: 2-D artwork
- Citizen of: United Kingdom

### Copyright Claimant

Copyright Claimant: Shirley MacArthur
37 Kirkbrae, Borders, Galashiels, TD1 1NQ, United Kingdom

### Rights and Permissions

Name: Shirley MacArthur
Email: smacarthurpaintings@yahoo.com
Address: 37 Kirkbrae
Borders
Galashiels TD1 1NQ United Kingdom

### Certification

Name: David Denholm
Date: October 23, 2023

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-377-058

**Effective Date of Registration:**
October 23, 2023
**Registration Decision Date:**
January 03, 2024

---

## Title

**Title of Work:** All In A Row !

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** May 10, 2017
**Nation of 1ˢᵗ Publication:** United Kingdom

## Author

- **Author:** Shirley MacArthur
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Shirley MacArthur
37 Kirkbrae, Borders, Galashiels, TD1 1NQ, United Kingdom

## Rights and Permissions

**Name:** Shirley MacArthur
**Email:** smacarthurpaintings@yahoo.com
**Address:** 37 Kirkbrae
Borders
Galashiels TD1 1NQ United Kingdom

## Certification

**Name:** David Denholm
**Date:** October 23, 2023

Page 1 of 2

