# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Shirley MacArthur

                Plaintiff,

v.

Case No.: 1:24-cv-02151

Honorable Sunil R. Harjani

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 23, 2024:

    MINUTE entry before the Honorable Sunil R. Harjani: Before the Court is plaintiff's motion [33] for entry of default judgment against the defendants identified in First Amended Schedule A. The Court notes that Defendant Hairuifa was granted an extension until 5/23/2024 to answer or otherwise respond to Plaintiff's complaint. See Doc. 39. Defendant Hairuifa is thus excluded from this Order. No remaining defendant has responded to plaintiff's motion for entry of default judgment. Accordingly, the motion [33] is granted. Based on the evidence previously submitted by plaintiff and the admission of liability by virtue of the default, plaintiff has established that a permanent injunction should be entered. The infringement of plaintiff's copyrights irreparably harms plaintiff and confuses the public. This infringement was willful and statutory damages are awarded. After considering the nature of the products, the price point, the absence of any concrete evidence of lost profits or high-volume infringement by defendants (plaintiff has failed to seek an accounting of profits), the value of plaintiff's brand, and the need to deter infringement that is easily committed and difficult to stop, the Court concludes that $50,000 is an appropriate award of statutory damages. Plaintiff has also certified and established [41] that it provided electronic notice to defendants of the objection deadline, but no objection to the motion for entry of default judgment has been filed on behalf of any defendant. Because no default judgment hearing has been requested, the default judgment hearing tentatively set for 5/30/2024 is stricken. Enter separate Default Judgment Order. To obtain release of the bond previously posted in this action, Plaintiff's counsel must file a motion for the return of the bond once the preliminary injunction no longer applies to any defendant. By 5/30/2024, Plaintiff and Defendant Hairuifa are ordered to file a status report advising whether the parties anticipate a settlement or further litigation. A telephone status hearing is set for 6/6/2024 at 9:15 a.m. Members of the public and media will be able to call in to listen to this hearing but will be placed on mute. The call-in number is (855) 244-8681 and the access code is 172 628 1276##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.